UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHÂTEAU FIDUCIAIRE S.A. as TRUSTEE of THE MAP TRUST, on Behalf of Itself and all Others Similarly Situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>ARGUS INTERNATIONAL LIFE BERMUDA LIMITED, ARGUS GROUP HOLDINGS LIMITED, MASSACHUSETTS MUTUAL LIFE INSURANCE CO., OPPENHEIMER ACQUISITION CORPORATION, RYE INVESTMENT MANAGEMENT, RYE SELECT BROAD MARKET FUND L.P., RYE SELECT BROAD MARKET INSURANCE PORTFOLIO, LDC, TREMONT [BERMUDA] LIMITED, TREMONT CAPITAL MANAGEMENT INC., TREMONT GROUP HOLDINGS, INC., TREMONT INTERNATIONAL INSURANCE LIMITED, and TREMONT PARTNERS INC.,<br><br>                    Defendants. | Civil Action No. 1:09-cv-00557 |

(Additional captions on following pages)

**NOTICE OF MOTION OF PLAINTIFFS CHATEAU FIDUCIAIRE S.A., AS TRUSTEE OF THE MAP TRUST, THE HARRIET RUTTER KLEIN REVOCABLE TRUST, AND THE MATTHEW L. KLEIN IRREVOCABLE FAMILY TRUST ("MOVANTS") TO TRANSFER AND CONSOLIDATE THE RELATED CLASS ACTIONS, APPOINT INTERIM CLASS COUNSEL, AND COORDINATE THE CONSOLIDATED ACTION WITH THE RELATED PSLRA AND STATE CASES**

| | |
|---|---|
| THE GEOFFREY RABIE CREDIT SHELTER TRUST and THE JOANE BRENDA RABIE CREDIT SHELTER TRUST, Individually, and On Behalf of All Others Similarly Situated,<br><br>       Plaintiffs,<br><br> vs.<br><br>ARGUS GROUP HOLDINGS LTD., ARGUS INTERNATIONAL LIFE BERMUDA LTD., MASSMUTUAL HOLDING LLC, MASSACHUSETTS MUTUAL LIFE INSURANCE CO., OPPENHEIMER ACQUISITION CORP., RYE INVESTMENT MANAGEMENT, RYE SELECT BROAD MARKET FUND L.P., RYE SELECT BROAD MARKET INSURANCE PORTFOLIO, LDC, TREMONT (BERMUDA) LTD., TREMONT CAPITAL MANAGEMENT, INC., TREMONT GROUP HOLDINGS, INC., TREMONT INTERNATIONAL INSURANCE LTD., TREMONT PARTNERS, INC., ERNST & YOUNG LLP and KPMG LLP,<br><br>       Defendants. | Civil Action No. 1:09-cv-01466 |

(Additional captions on following pages)

|  |  |
|---|---|
| THE HARRIET RUTTER KLEIN REVOCABLE TRUST, on Behalf of Itself and all Others Similarly Situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>ARGUS INTERNATIONAL LIFE BERMUDA LIMITED, ARGUS GROUP HOLDINGS LIMITED, MASSACHUSETTS MUTUAL LIFE INSURANCE CO., OPPENHEIMER ACQUISITION CORPORATION, RYE INVESTMENT MANAGEMENT, RYE SELECT BROAD MARKET FUND L.P., RYE SELECT BROAD MARKET INSURANCE PORTFOLIO, LDC, TREMONT [BERMUDA] LIMITED, TREMONT CAPITAL MANAGEMENT INC., TREMONT GROUP HOLDINGS, INC., TREMONT INTERNATIONAL INSURANCE LIMITED, TREMONT PARTNERS INC., ERNST & YOUNG LLP, and KPMG LLP,<br><br>                    Defendants. | Civil Action No. 1:09-cv-2253 |

(Additional captions on following pages)

| | Civil Action No. 1:09-cv-2254 |
|---|---|
| THE MATTHEW L. KLEIN IRREVOCABLE FAMILY TRUST dated October 27, 1997, on Behalf of Itself and all Others Similarly Situated,<br><br>       Plaintiff,<br><br>  v.<br><br>ARGUS INTERNATIONAL LIFE BERMUDA LIMITED, ARGUS GROUP HOLDINGS LIMITED, MASSACHUSETTS MUTUAL LIFE INSURANCE CO., OPPENHEIMER ACQUISITION CORPORATION, RYE INVESTMENT MANAGEMENT, RYE SELECT BROAD MARKET FUND L.P., RYE SELECT BROAD MARKET INSURANCE PORTFOLIO, LDC, TREMONT [BERMUDA] LIMITED, TREMONT CAPITAL MANAGEMENT INC., TREMONT GROUP HOLDINGS, INC., TREMONT INTERNATIONAL INSURANCE LIMITED,TREMONT PARTNERS INC., ERNST & YOUNG LLP, and KPMG LLP,<br><br>       Defendants. | |

(Additional captions on following pages)

| | |
|---|---|
| YVETTE FINKELSTEIN, On Behalf of Herself and All Others Similarly Situated, and Derivatively On Behalf of AMERICAN MASTERS BROAD MARKET PRIME FUND, L.P., <br><br> Plaintiff, <br><br> v. <br><br> TREMONT GROUP HOLDINGS, INC., OPPENHEIMER ACQUISITION CORPORATION, MASSACHUSETTS MUTUAL LIFE INSURANCE CO., and ERNST & YOUNG LLP, <br><br> Defendants. <br><br> and AMERICAN MASTERS BROAD MARKET PRIME FUND, L.P., <br><br> Nominal Defendant. | Civil Action No. 1:08-cv-11141 |

(Additional captions on following pages)

| | |
|---|---|
| ARTHUR M. BRAINSON IRA R/O,<br><br>Plaintiff,<br><br>v.<br><br>RYE SELECT BROAD MARKET FUND, L.P., TREMONT PARTNERS, INC., TREMONT GROUP HOLDINGS, INC., RYE INVESTMENT MANAGEMENT, JIM MITCHELL, and ROBERT SCHULMAN,<br><br>Defendants. | Civil Action No. 1:08-cv-11212 |
| GROUP DEFINED PENSION PLAN & TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TREMONT MARKET NEUTRAL FUND, L.P. (formerly named, American Masters Market Neutral Fund, L.P.), TREMONT PARTNERS, INC., TREMONT GROUP HOLDINGS, INC., OPPENHEIMER ACQUISITION CORP., OPPENHEIMER FUNDS, INC., MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, ERNST & YOUNG, LLP, and JOHN DOES 1-100.<br><br>Defendants. | Civil Action No. 1:08-cv-11359 |

| | |
|---|---|
| EILEEN S. SILVERS and RICHARD J. BRONSTEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>TREMONT GROUP HOLDINGS, INC., TREMONT PARTNERS, INC., RYE INVESTMENT MANAGEMENT, INC., OPPENHEIMER ACQUISITION CORPORATION, MASSACHUSETTS MUTUAL LIFE INSURANCE CO., RYE SELECT BROAD MARKET FUND, L.P., f/k/a/ AMERICAN MASTERS BROAD MARKET PRIME FUND, L.P., RYE SELECT BROAD MARKET XL FUND, L.P., ERNST & YOUNG, LLP, and KPMG LLP,<br><br>       Defendants. | Civil Action No. 1:09-cv-01111 |

(Additional captions on following pages)

| | |
|---|---|
| RICHARD PESHKIN, On Behalf Of Himself As An Individual, On Behalf Of Spectrum Select L.P. As A Limited Partner, And On Behalf Of All Others Similarly Situated,<br><br>       Plaintiff,<br><br> v.<br><br>TREMONT GROUP HOLDINGS, INC., TREMONT PARTNERS, INC., RYE INVESTMENT MANAGEMENT (a.k.a. RYE INVESTMENTS INC.), OPPENHEIMER ACQUISITION CORPORATION, OPPENHEIMERFUNDS, INC., MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, ROBERT I. SCHULMAN, JIM MITCHELL, JOHN V. MURPHY, KPMG L.L.P., BANK OF NEW YORK MELLON CORPORATION, BNY ALTERNATIVE INVESTMENT SERVICES, INC., SELECT SPECTRUM PARTNERS, LLC, AND JOHN DOES 1-100 INCLUSIVE,<br><br>       Defendants.<br><br> -and-<br><br>RYE SELECT BROAD MARKET FUND LP, RYE SELECT BROAD MARKET PRIME FUND LP, RYE SELECT BROAD MARKET XL FUND LP, AND SPECTRUM SELECT L.P.,<br><br>       Nominal Defendants. | Civil Action No. 1:08-cv-11183 |

(Additional captions on following pages)

| | |
|---|---|
| ARTHUR E. LANGE and ARTHUR C. LANGE, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br> v.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; OPPENHEIMER ACQUISITION CORPORATION; TREMONT GROUP HOLDINGS, INC.; RYE INVESTMENT MANAGEMENT GROUP; HARRY HODGES; RYE SELECT BROAD MARKET PRIME FUND, L.P.; RYE SELECT BROAD MARKET FUND, L.P.; and TREMONT PARTNERS, INC.<br><br>        Defendants. | Civil Action No. 1:08-cv-11117 |

(Additional captions on following pages)

| | |
|---|---|
| John F. Keane, Jr., Trustee, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>   v.<br><br>Tremont Group Holdings, Inc., Rye Investment Management, Tremont Partners Inc., Robert Ivan Schulman, Rupert Andrew Allan, Cynthia J. Nicoll, Stephen Thomas Clayton, Oppenheimer Acquisition Corporation, Mass Mutual Holdings LLC, Massachusetts Mutual Life Insurance Company, Select Spectrum Partners LLC, Gary Busel, Ronald Pearson, KPMG L.L.P. and BDO Seidman L.L.P.,<br><br>       Defendants. | Civil Action No. 1:09-cv-1396 |

   **PLEASE TAKE NOTICE** that plaintiffs Chateau Fiduciaire S.A., as Trustee of the Map Trust, the Harriet Rutter Klein Revocable Trust, and the Matthew L. Klein Irrevocable Family Trust ("Movants") hereby move before this Court for an Order: (i) transferring the following cases to Judge Griesa pursuant to Rule 15(a) of the Rules for Division of Business Among District Judges: *The Geoffrey Rabie Credit Shelter Trust v. Argus Group Holdings Ltd.*, 09 cv 1466 (S.D.N.Y.) (unassigned); *The Harriet Rutter Klein Revocable Trust v. Argus Int'l Life Bermuda Ltd.*, 09 cv 2253 (S.D.N.Y.) (unassigned); and *The Matthew L. Klein Irrevocable Family Trust v. Argus Int'l Life Bermuda Ltd.*, 09 cv 2254 (S.D.N.Y.) (unassigned) (the "Transferred Cases"); (ii) consolidating the Transferred Cases with the case captioned: *Chateau Fiduciaire v. Argus Int'l Life Bermuda Ltd.*, 09 cv 557 (S.D.N.Y.) (TPG), pursuant to Federal Rule of Civil Procedure 42(a); (collectively, the "Insurance Cases"); (iii) appointing the law firm of Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein") as interim class counsel for the Insurance Cases; and (iv) coordinating the Insurance Cases with the PSLRA

2

Cases and State Cases (as defined in the memorandum of law submitted herewith). This motion is supported by a Memorandum of Law, the [Proposed] Order, the Declaration of Gregory M. Nespole and the exhibits attached thereto.

DATED: March 13, 2009

                            WOLF HALDENSTEIN ADLER
                            FREEMAN & HERZ LLP

By:        /s/ Gregory M. Nespole
                            Gregory M. Nespole
                            Demet Basar
                            Stacey Kelly
                            Russell Miness
                            270 Madison Ave.
                            New York, NY  10016
                            (212) 545-4600

                            *Attorneys for Plaintiffs*

\538966