SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Seth M. Schwartz
Susan L. Saltzstein
Michael H. Gruenglas
Jason C. Vigna
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Defendants
Tremont Partners, Inc.,
Tremont Group Holdings, Inc., Robert Schulman,
Harry Hodges and Jim Mitchell

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW, and INSURANCE LITIGATION | : | Master File No.: 08 Civ. 11117 (TPG) |
| | | **NOTICE OF MOTION** |
| This Document Relates to: State Law Actions 08 Civ. 11183 (TPG) | : | ECF CASE Electronically Filed |

PLEASE TAKE NOTICE that, upon the First Consolidated and Amended Class Action and Verified Derivative Complaint, the accompanying memorandum of law, the Declaration of Jason C. Vigna, dated May 20, 2009, and the exhibits thereto, the Declaration of William James Tyre Bagnall, dated May 20, 2009, and the exhibits thereto, and all prior papers and proceedings herein, defendants Tremont Partners, Inc., Tremont Group Holdings, Inc., Robert Schulman, Harry Hodges and Jim Mitchell will move this Court, before the Honorable Thomas P. Griesa, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order: (a)

dismissing the First Consolidated and Amended Class Action and Verified Derivative Complaint with prejudice pursuant to Rules 12(b)(1), 12(b)(6) and 23.1 of the Federal Rules of Civil Procedure; and (b) for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
May 20, 2009

/s/ Seth M. Schwartz

Seth M. Schwartz
(seth.schwartz@skadden.com)
Susan L. Saltzstein
(susan.saltzstein@skadden.com)
Michael H. Gruenglas
(michael.gruenglas@skadden.com)
Jason C. Vigna
(jason.vigna@skadden.com)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Defendants
Tremont Partners, Inc.,
Tremont Group Holdings, Inc., Robert
Schulman, Harry Hodges and Jim Mitchell