USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 2/14/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

JOHN PATIENCE, individually, and JOHN PATIENCE, as Trustee for The John Patience Trust, dated June 23, 1993,

Plaintiffs,

- against -

MASSMUTUAL HOLDING LLC, MASSACHUSETTS MUTUAL LIFE INSURANCE CO., OPPENHEIMER ACQUISITION CORP., RYE INVESTMENT MANAGEMENT, RYE SELECT BROAD MARKET PRIME FUND L.P., TREMONT CAPITAL MANAGEMENT, INC., TREMONT (BERMUDA) LTD., TREMONT GROUP HOLDINGS, INC., and TERMONT PARTNERS, INC.,

Defendants.

---------------------------------------x

10 Civ. 9251 (TPG)

**ORDER**

By Order dated February 9, 2011, this court consolidated this action with the Tremont Insurance Action under docket number 09 Civ. 557. This was incorrect. This case should instead be consolidated with the Tremont State Court action under docket number 08 Civ. 11183. The Clerk of the Court is therefore directed to consolidate this case with the State Law Action under docket number 08 Civ. 11183.

Any document hereinafter filed in connection with the above-captioned case <u>must</u> be filed under the master docket, 08 Civ. 11117.

The parties are directed to read this Court's Order and Memorandum, both dated March 26, 2009, which can be found under the master docket. These documents prescribe the requirements for future submissions to this Court.

Dated: New York, New York
February 10, 2011

SO ORDERED

Thomas P. Griesa
U.S.D.J.