```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/10/11
```

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No. 08 Civ. 11117 (TPG) ECF Case |
| This Documents Relates to: State Law Actions 08 Civ. 11183 | **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Jonathan D. Berg, attorney for Plaintiff John Patience, individually and as Trustee for The John Patience Trust, dated June 23, 1993 and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | James L. Kopecky |
| Firm Name: | Kopecky, Schumacher & Bleakley, P.C. |
| Address: | 203 N. LaSalle St. Ste. 1620 |
| City/State/Zip: | Chicago, IL 60601 |
| Phone Number: | (312) 380-6552 |
| Fax Number: | (312) 268-5031 |
| Email Address: | jkopecky@ksblegal.com |

is admitted to practice pro hac vice as counsel for Plaintiff John Patience, individually and as Trustee for The John Patience Trust, dated June 23, 1993 in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 3/10/11
City, State: NY, NY

_____
United States District~~Magistrate~~ Judge