UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Tremont Securities Law, State Law and Insurance Litigation | Master Docket No. 08-Civ-11117 (TPG) |
| This Document Relates To:<br><br>All Actions | ECF FILED |

## NOTICE OF INTENT TO APPEAR

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to the Court's April 15, 2011 Order, Gary F. Bendinger and Gregory G. Ballard of Sidley Austin LLP, counsel of record for Defendant KPMG LLP, and Lawrence J. Zweifach and Sophia Khan, of Gibson, Dunn & Crutcher LLP, counsel of record for Defendant Ernst & Young LLP, file this Notice of Intent to Appear at the Fairness Hearing on June 1, 2011, to object to the Proposed Settlement on behalf of KPMG LLP and Ernst & Young LLP, respectively.

Dated: New York, New York
May 11, 2011

Respectfully submitted,

SIDLEY AUSTIN LLP

By: _____
Gary F. Bendinger
(gbendinger@sidley.com)
Gregory G. Ballard
(gballard@sidley.com)
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

WILLIAMS & CONNOLLY LLP
John K. Villa (pro hac vice)

GIBSON, DUNN & CRUTCHER LLP

By: _____ / by GGB with permission
Lawrence J. Zweifach
(lzweifach@gibsondunn.com)
Sophia Khan
(skhan@gibsondunn.com)
200 Park Avenue, 47th Floor
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
**Attorneys for Defendant Ernst & Young LLP**

(jvilla@wc.com)
David A. Forkner (pro hac vice)
(dforkner@wc.com)
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
**Attorneys for Defendant KPMG LLP**

## CERTIFICATE OF SERVICE

I, Gazeena K. Soni, hereby certify that on the 11th day of May, 2011, I caused true and accurate copies of the foregoing to be served by email and U.S. Mail, first-class postage prepaid, upon the parties listed on the attached Service List.

_____
Gazeena K. Soni

# SERVICE LIST

Clerk of the Court
United States District Court for the Southern
District of New York
500 Pearl Street
New York, New York 10007

ENTWISTLE & CAPPUCCI LLP
Andrew J. Entwistle
Robert N. Cappucci
280 Park A venue, 26th Floor West
New York, NY 10017
(aentwistte@entwistle-law.com)

HAGENS BERMAN SOBOL SHAPIRO LLP
Reed R. Kathrein
Lee Gordon
715 Hearst Avenue
Suite 202
Berkeley, CA 94710
(reed@hbsslaw.com)

**Co-Lead Counsel for the State Law Actions**

BERNSTEIN LIEBHARD LLP
Jeffrey M. Haber
10 East 40th Street
22nd Floor
New York, NY 10016
(haber@bernlieb.com)

**Lead Counsel for the Securities Actions**

DECHERT LLP
William K. Dodds
1095 Avenue of the Americas
New York, NY 10036-6797
(william.dodds@dechert.com)
**Counsel for Oppenheimer Acquisition Corporation and Oppenheimerfunds Inc.**

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Seth M. Schwartz
Four Times Square
New York, NY 10036
(seth.schwartz@skadden.com)

**Counsel for Tremont Capital Management, Tremont Group Holdings, Inc., Tremont Partners, Inc., Rye Investment Management, Harry Hodges, James Mitchell, Lynn O. Keeshan, Patrick Kelly, Robert I. Schulman, Rupert A. Allan, Stephen Thomas Clayton, Stuart Potoge and Cynthia J. Nicoll**

TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP
Jamie B. W. Stecher
900 Third Avenue
New York, NY 10022
(stecher@thshlaw.com)

BINGHAM MCCUTHEN LLP
Joseph L. Kociubes
One Federal Street
Boston, MA 02110
(joe.kociubes@bingham.com)

**Counsel for Massachusetts Mutual Life Insurance Co., MassMutual Holding Trust I, MassMutual Holding Company, MassMutual Life Insurance Co.**

4

MORRISON & FOERSTER LLP
Jack C. Auspitz
Gary S. Lee
1290 Avenue of the Americas
New York, NY 10104-0050
(212) 468-8000
(212) 468-7900 (fax)
(jauspitz@mofo.com)

**Counsel for the Joint Official Liquidators of Rye Select Broad Market Insurance Portfolio LDC, Rye Select Broad Market XL Portfolio Limited and Broad Market XL Holdings Limited**

BERGER & MONTAGUE, P.C.
Sherrie Raiken Savett
Glen L. Abramson
1622 Locust Street
Philadelphia, PA 19103
(ssavett@bm.net)

**Counsel for the Individual Settling Insurance Plaintiffs**

ROBBINS GELLER RUDMAN & DOWD LLP
David A. Rosenfeld
Edward Y. Kroub
58 South Service Road, Suite 200
Melville, NY 11747
(drosenfeld@rgrdlaw.com)

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
Daniel W. Krasner
Demet Basar
270 Madison Avenue
New York, NY 10016
(basar@whath.com)

**Co-Lead Counsel for the Insurance Actions**