IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION** | **MASTER FILE NO.:**<br>**08 CIV. 11117 (TPG)** |
| **This Document Relates To:**<br>**Securities and State Law Actions** | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Michael S. Feldberg of Allen & Overy LLP, who is admitted to practice before this Court and is in good standing, hereby enters an appearance as counsel for The Royal Bank of Scotland, N.V. in the above-captioned consolidated actions and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with these actions be served on the undersigned.

Dated: New York, New York
       May 11, 2011

Respectfully submitted,

ALLEN & OVERY LLP

By: /s/ Michael S. Feldberg
Michael S. Feldberg
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
Facsimile:  (212) 610-6399
Email: michael.feldberg@allenovery.com

*Attorneys for The Royal Bank of Scotland, N.V.*