IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | MASTER FILE NO.: 08 CIV. 11117 (TPG) |
| **This Document Relates To:** **Securities and State Law Actions** | |

THE ROYAL BANK OF SCOTLAND, N.V.'S
CORPORATE OWNERSHIP STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, The Royal Bank of Scotland, N.V., through its undersigned attorneys, states that it is a wholly owned subsidiary of RBS Holdings, N.V., which is a wholly owned subsidiary of RFS Holdings B.V., of which 97.7% is owned by The Royal Bank of Scotland Group plc. No publicly held corporation owns 10% or more of the stock of The Royal Bank of Scotland Group plc.

DATED:    New York, New York
          May 11, 2011

                                                                    ALLEN & OVERY LLP

                                                                    By: /s/Michael S. Feldberg
                                                                    Michael S. Feldberg
                                                                    Lanier Saperstein
                                                                    1221 Avenue of the Americas
                                                                    New York, NY 10020
                                                                    Tel: (212) 610-6300

                                                                    *Attorneys for The Royal Bank of Scotland, N.V.*