IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| **IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION** | : : : : : : : : | **MASTER FILE NO.:** **08 CIV. 11117 (TPG)** |
| **This Document Relates To: Securities and State Law Actions** | : : : | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that Lanier Saperstein of Allen & Overy LLP, who is admitted to practice before this Court and is in good standing, hereby enters an appearance as counsel for The Royal Bank of Scotland, N.V. in the above-captioned consolidated actions and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with these actions be served on the undersigned.

Dated: New York, New York
       May 11, 2011

       Respectfully submitted,

       ALLEN & OVERY LLP

       By: /s/ Lanier Saperstein
       Lanier Saperstein
       1221 Avenue of the Americas
       New York, NY 10020
       Telephone: (212) 610-6300
       Facsimile: (212) 610-6399
       Email: lanier.saperstein@allenovery.com

       *Attorneys for The Royal Bank of Scotland, N.V.*