USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
IN RE TREMONT SECURITIES LAW,
STATE LAW AND INSURANCE          :     Master File No.:
LITIGATION                        :     08 Civ. 11117 (TPG)
                                  :
-------------------------------------------------------- x     **JURY TRIAL DEMANDED**
This Document Relates to:         :
State Law Actions, 08 Civ. 11183 (TPG)  :   "ECF Case"
                                  :
                                  :
                                  :
-------------------------------------------------------- X

## NOTICE OF DISMISSAL OF DERIVATIVE CLAIMS ASSERTED BY INDIVIDUAL PLAINTIFF JOHN DENNIS

**ENTWISTLE & CAPPUCCI LLP**
280 Park Avenue
26th Floor West
New York, New York 10017
(212) 894-7200

*Counsel for Plaintiffs Arthur E. Lange Revocable Trust and Arthur C. Lange*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
700 South Flower Street
Suite 2940
Los Angeles, CA 90017
(213) 330-7150

*Counsel for Plaintiffs Eastham Capital Appreciation Fund LP, NPV Positive Corp., Daniel Jackson, Laborers Local Pension Plan 17, and John Dennis*

Co-Lead Counsel for Plaintiffs

Plaintiffs hereby give notice to all interested parties that any remaining derivative claims asserted by individual Plaintiff John Dennis in these actions, Nos. 08 Civ. 11183 and 08 Civ. 11117, shall be dismissed with prejudice.

Dated: May 26, 2011

          HAGENS BERMAN SOBOL SHAPIRO LLP

          By: _/s/ Lee Gordon_____
              LEE M. GORDON

          700 South Flower Street, Suite 2940
          Los Angeles, CA 90017
          Telephone: (213) 330-7150
          Facsimile: (213) 330-7152
          Admitted Pro Hac Vice

          *Counsel for Plaintiffs Eastham Capital*
          *Appreciation Fund LP, NPV Positive Corp.,*
          *Daniel Jackson, and Laborers Local Pension Plan 17, and*
          *John Dennis*

          Co-Lead Counsel for Plaintiffs

Dated: May 26, 2011

          ENTWISTLE & CAPPUCCI LLP

          By: _/s/ Andrew Entwistle_____
             ANDREW J. ENTWISTLE

          280 Park Avenue
          26th Floor West
          New York, New York 10017
          Telephone: (212) 894-7200

          *Counsel for Plaintiffs Arthur E. Lange*
          *Revocable Trust and Arthur C. Lange*

SO ORDERED.

          Co-Lead Counsel for Plaintiffs

_Thomas P. Griesa_____
     U.S.D.J.     by JC
6/7/11