UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No. 08 Civ. 11117 (TPG) |
| This Document Relates to: | |
| STATE LAW ACTION, 08 Civ. 11183 (TPG), and specifically to: | |
| LAKEVIEW INVESTMENT, LP, on Behalf of Itself and All Other Similarly Situated Individuals and Entities Located in California, | 11 Civ. 1851 (TPG) |
| Plaintiff, | ECF CASE<br>Electronically Filed |
| - against - | **NOTICE OF MOTION** |
| ROBERT SCHULMAN, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that, upon the Complaint, the Answer, the accompanying memorandum of law, the Declaration of Jason C. Vigna, dated January 31, 2012, and the exhibits thereto, and all prior papers and proceedings herein, defendants Tremont Group Holdings, Inc., Tremont Partners, Inc., Robert Schulman, James V. Mitchell, Harry Hodges, Darren Johnston, Stuart Pologe and Patrick Kelly will move this Court, before the Honorable Thomas P. Griesa, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order: (i) dismissing the Complaint pursuant to Rule 12(c) of the Federal Rules of Civil Procedure and Title I of the Securities Litigation Uniform Standards Act of 1998;

and (ii) for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
January 31, 2012

/s/ Seth M. Schwartz
Seth M. Schwartz (Seth.Schwartz@Skadden.com)
Jason C. Vigna (Jason.Vigna@Skadden.com)
Erica Goodstein (Erica.Goodstein@Skadden.com)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Defendants
Tremont Group Holdings, Inc.,
Tremont Partners, Inc.,
Robert Schulman, James V. Mitchell,
Harry Hodges, Darren Johnston,
Stuart Pologe and Patrick Kelly