Grusa, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
IN RE TREMONT SECURITIES LAW, STATE : Master File No.
LAW AND INSURANCE LITIGATION        : 08 Civ. 11117 (TPG)
------------------------------------x
This Document Relates to:           :

STATE LAW ACTION, 08 Civ. 11183 (TPG), :
and specifically to:

                                    :
SPECTRUM SELECT, L.P.,
                                    : 12 Civ. 9057 (TPG)
              Plaintiff,
                                    : ECF CASES
      - against -                     Electronically Filed
                                    :
TREMONT GROUP HOLDINGS, INC., et al., **STIPULATION AND ORDER**
                                    :
              Defendants.
                                    :
------------------------------------x
ALBERT ANIKSTEIN, et al.,           :

              Plaintiffs,           :

      - against -                   : 12 Civ. 9058 (TPG)

TREMONT GROUP HOLDINGS, INC., et al., :

              Defendants.           :
------------------------------------x
MICHAEL BECKER., et al.,            :

              Plaintiffs,           :

      - against -                   : 12 Civ. 9060 (TPG)

TREMONT GROUP HOLDINGS, INC., et al., :

              Defendants.           :

[CAPTION CONTINUED ON NEXT PAGE]    :

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/13

```
------------------------------------x
ALAN BILGORE, et al.,               :

                    Plaintiffs,     :

          - against -               :    12 Civ. 9061 (TPG)

TREMONT GROUP HOLDINGS, INC., et al.,:

                    Defendants.     :
------------------------------------x
KARASEL II, L.P.,                   :

                    Plaintiff,      :

          - against -               :    12 Civ. 9062 (TPG)

TREMONT GROUP HOLDINGS, INC., et al.,:

                    Defendants.     :
------------------------------------x
SPECTRUM SELECT II, L.P. and SPECTRUM:
EQUITIES, L.P.,
                                    :
                    Plaintiffs,
                                    :    12 Civ. 9063 (TPG)
          - against -
                                    :
TREMONT GROUP HOLDINGS, INC., et al.,
                                    :
                    Defendants.
------------------------------------x
ROBERT COCCHI, et al.,              :

                    Plaintiffs,     :

          - against -               :    12 Civ. 9064 (TPG)

TREMONT GROUP HOLDINGS, INC., et al.,:

                    Defendants.     :
------------------------------------x
```

IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties hereto, as follows:

1.  The time for defendants Tremont Partners, Inc., Tremont Group Holdings, Inc., Oppenheimer Acquisition Corp., MassMutual Holding LLC and Massachusetts Mutual Life Insurance Company to answer, move against or otherwise respond to plaintiffs' consolidated amended complaint (the "Complaint") shall be and hereby is adjourned from October 21, 2013 until December 5, 2013.

2.  The time for defendants Rye Select Broad Market Fund, L.P., Rye Select Broad Market Prime Fund, L.P., Rye Select Broad Market XL Fund, L.P., Tremont Market Neutral Fund II, L.P. and Tremont Opportunity Fund II, L.P. to answer, move against or otherwise respond to the Complaint shall be and hereby is adjourned from October 21, 2013 until December 19, 2013.

This Court has not granted any prior adjournments of the defendants' time to answer, move against or otherwise respond to the Complaint.

Dated: October 21, 2013

_____
Kelly Pierce
Kpierce@rossbizlaw.com
ROSS & ORENSTEIN LLC
222 South Ninth Street, Suite 470
Minneapolis, Minnesota 55402
(612) 436-9800

*Counsel for Plaintiffs*

_____
Seth M. Schwartz
Seth.Schwartz@Skadden.com
Jason C. Vigna
Jason.Vigna@Skadden.com
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

*Attorneys for Defendants*
*Tremont Group Holdings, Inc. and*
*Tremont Partners, Inc.*

*David J. Kanfer /qv*

David J. Kanfer
kanfer@thsh.com
TANNENBAUM HELPERN
  SYRACUSE & HIRSCHTRITT LLP
900 Third Avenue
New York, New York 10022

(212) 508-6700

*Attorneys for Defendants*
*Rye Select Broad Market Fund, L.P.,*
*Rye Select Broad Market Prime Fund, L.P.,*
*Rye Select Broad Market XL Fund, L.P.,*
*Tremont Market Neutral Fund II, L.P. and*
*Tremont Opportunity Fund II, L.P.*

*David Kotler /qv*

David A. Kotler
david.kotler@dechert.com
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036

(212) 698-3500

*Attorneys for Defendant*
*Oppenheimer Acquisition Corp.*

*Carol Head /qv*

Carol E. Head
carol.head@bingham.com
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, Massachusetts 02110

(617) 951-8000

*Attorneys for Defendants*
*Massachusetts Mutual Life Insurance*
*Company and MassMutual Holding LLC*

SO ORDERED
/s/ Thomas P. Griesa
United States District Court Judge

10/23/13