1:08-cv-11117-TPG

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of January, two thousand and fourteen.

Before: Dennis Jacobs,
*Circuit Judge.*

---

In re Tremont Securities Law, State Law and Insurance Litigation

**ORDER**
Docket No. 11-3899 (L);
11-4030 (con.)

---

Following remand and the subsequent restoration of this Court's jurisdiction, Appellants Madelyn Haines and Paul Zamrowski seek an order requiring the district court to forward the remand record to this Court in the same manner as it ordinarily does when a notice of appeal is first filed.

It is hereby ordered that the motion is GRANTED, and the district court is instructed to forward the record accordingly.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: January 27, 2014

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe

CERTIFIED COPY ISSUED ON 01/27/2014