UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

AUSTIN CAPITAL MANAGEMENT, LTD., SECURITIES & ERISA LITIGATION

This Document Applies to:

*All Actions*

No. 09-md-02075 (TPG)

ORDER FOR ADMISSION PRO HAC VICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/14

The motion of Karen L. Handorf for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the State of Wisconsin and the District of Columbia; and that her contact information is as follows:

Applicant's Name: **Karen L. Handorf**

Firm Name: **Cohen Milstein Sellers & Toll, PLLC**

Address: **1100 New York Ave., Suite 500, West Tower**

City / State / Zip: **Washington / DC / 20005**

Telephone / Fax: **(202) 408-3628 / (202) 408-4699**

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Laborers Local 17 Pension Fund in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 2/4/14

_____
United States District / ~~Magistrate~~ Judge

2