UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION

This Document Relates to:
State Law Action, 08 Civ. 11183

Master File No.:
08 Civ. 11117 (TPG)

THE LUGANO TRUST, THE HERMITAGE TRUST, THE JAYBEE TRUST, THE CONICK TRUST, THE SONICK TRUST, THE CLARICK TRUST, THE CALITHA TRUST, BRITTANY INVESTMENT INTERNATIONAL CORPORATION I, BRITTANY INVESTMENT INTERNATIONAL CORPORATION II, TRILOGY INVESTMENT HOLDING CORPORATION I, TRILOGY INVESTMENT HOLDING CORPORATION II, THE RAINBOW TRUST, IRREVOCABLE TRUST BETWEEN MARJORIE ALFUS AND JOEL LEVINE CPA, THE MAGNOLIA TRUST, THE INDIGO TRUST, THE SINCERITY TRUST, THE CORFU TRUST, THE CRETE TRUST, THE SPIRAL TRUST, THE JULIP TRUST, THE GRENOBLE TRUST, THE PROTEA TRUST, THE TRIESTE TRUST, THE LIFEGRO TRUST, THE MARIGOLD TRUST, THE FLAMENCO TRUST, THE MAMRE TRUST, THE SANDAN TRUST, and 2006 LIONEL LAPINER FAMILY TRUST,

Plaintiffs,

v.

TREMONT CAPITAL MANAGEMENT, INC., TREMONT PARTNERS, INC., TREMONT GROUP HOLDINGS, INC., TREMONT (BERMUDA) LIMITED,

*Caption continues*

09 Civ. 6840 (TPG)

*Continued from prior page*

RYE INVESTMENT MANAGEMENT, INC., OPPENHEIMER ACQUISITION CORPORATION, MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, KPMG LLP, BANK OF NEW YORK MELLON, ERNST & YOUNG LLP, SANDRA L. MANZKE, ROBERT SCHULMAN, and SHL CAPITAL LTD.,

Defendants.

---

THE TREMONT INSURANCE PLAINTIFFS' LITIGATION TRUST,

Plaintiff,

v.

KPMG LLP, KPMG (CAYMAN ISLANDS), KPGM INTERNATIONAL COOPERATIVE, BANK OF NEW YORK MELLON, and SHL CAPITAL LTD.,

Defendants.

10 Civ. 9274 (TPG)

## [~~PROPOSED~~] JUDGMENT

**WHEREAS,** the Court entered and approved the Notice and Stipulation of Voluntary Dismissal With Prejudice Of Claims Against Defendant Bank Of New York Mellon dated 10/3/14;

**WHEREAS,** that Notice and Stipulation provided for the dismissal with prejudice of the claims against Defendant Bank of New York Mellon in *The Lugano Trust et al. v. Tremont Capital Management, Inc.*, No. 09 Civ. 6840 (TPG) (S.D.N.Y.) and *Tremont Insurance Plaintiffs' Litigation Trust v. KPMG LLP*, No. 10 Civ. 9274 (TPG) (S.D.N.Y.);

**WHEREAS,** having dismissed those claims the Court finds that there is no just reason for delaying entry of judgment with respect to the claims asserted against Bank of New York Mellon by the Plaintiffs in those actions.

**NOW, THEREFORE** final judgment is hereby entered in the actions *The Lugano Trust et al. v. Tremont Capital Management, Inc.*, No. 09 Civ. 6840 (TPG) (S.D.N.Y.) and *Tremont Insurance Plaintiffs' Litigation Trust v. KPMG LLP*, No. 10 Civ. 9274 (TPG) (S.D.N.Y.) in favor of the Bank of New York Mellon, residing at One Wall Street in New York City dismissing with prejudice and as a final adjudication of all claims asserted against it by the Plaintiffs therein.

**SO ORDERED:**

Thomas P. Griesa

**HONORABLE THOMAS P. GRIESA**
UNITED STATES DISTRICT JUDGE

10/3/14