**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**CASE**

**ECF**

| | | |
|---|---|---|
| **IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION** | : | **Master File No.: 08 Civ. 11117 (TPG)** |
| **This Document Relates to: All Actions** | : | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 12/22/14

**[~~PROPOSED~~] ORDER GRANTING SETTLING CLASS PLAINTIFFS' MOTION FOR APPROVAL OF NET SETTLEMENT FUND PLAN OF ALLOCATION AND SCHEDULING MOTION FOR DISTRIBUTION**

Settling Class Plaintiffs, on notice to Defendants' counsel, filed a motion with this Court (the "Motion") for an order approving the Net Settlement Fund Plan of Allocation ("NSF POA") and Scheduling a Motion by Settling Class Plaintiffs for Distribution in the above-captioned class actions (the "Actions"), and the Court having considered all the submissions and arguments in support of the Motion, including the Affidavit with exhibit of Stephen J. Cirami of the Garden City Group, Inc. ("GCG"), the Court-appointed Claims Administrator, sworn to on December 5, 2014, with exhibits (the "Cirami Affidavit"), the Affidavit of Jose C. Fraga, sworn to on May 4, 2011, with exhibits (Doc. 443-2), the Supplemental Affidavit of Jose C. Fraga, sworn to on May 25, 2011, with exhibits (Doc. 521-1), the Declaration of Hon. Layne R. Phillips, dated December 1, 2014, with exhibit, and the Memorandum in Support of Motion for Approval of Net Settlement Fund Plan of Allocation and Scheduling Motion for Distribution;

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. This Order incorporates by reference the definitions in the Cirami Affidavit and in the Stipulation of Partial Settlement dated as of February 23, 2011 (the "Stipulation") (ECF No.

392-1), and all terms used herein shall have the meanings as set forth in the Cirami Affidavit and in the Stipulation.

2. This Court has jurisdiction over the subject matter of the Actions and over all parties to the Actions, including the Settlement Class Members.

3. Settling Class Plaintiffs' Motion is **GRANTED.** Accordingly,

a. The NSF POA submitted with the Motion is approved;

b. The administrative determinations by GCG with respect to processing NSF Proofs of Claim, as set forth in the Cirami Affidavit, are approved.

4. Settling Class Plaintiffs shall move for approval of Distribution of the Net Settlement Fund to Authorized Claimants, on the following schedule.

a. On or before January 30, 2015, Settling Class Plaintiffs shall move for approval of Distribution of the Net Settlement Fund;

b. Any opposing papers shall be served on or before February 27, 2015;

c. Reply papers shall be served on or before March 13, 2015.

SO ORDERED

Dated: New York, New York

12/22, ~~2015~~ 2014

Thomas P. Griesa

HONORABLE THOMAS P. GRIESA
UNITED STATES DISTRICT JUDGE